UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FREDDY GONZALEZ, | Civil Action No. 18-790 (MCA) (MAH) |
| Plaintiff, |  |
| v. |  |
| PROSPECT TRANSPORTATION INC., | REPORT AND RECOMMENDATION |
| Defendant. |  |

This matter having come before the Court by way of Plaintiff's motion to remand this matter to the Superior Court of New Jersey, Law Division, Union County, [D.E. 3];[1]

and it appearing that Plaintiff originally filed this action in the Superior Court of New Jersey, Law Division, Union County on December 12, 2017 for violations of the New Jersey Law Against Discrimination ("LAD"), the Americans with Disabilities Act ("ADA"), intentional infliction of emotional distress, and the New Jersey Workers' Compensation Law;

and it further appearing that on January 19, 2018, Defendants removed the matter to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331, asserting that federal question jurisdiction existed because Plaintiff's Complaint alleged, inter alia, a violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *see* Notice of Removal, D.E. 1, ¶ 3;

and it further appearing that on January 26, 2018, Plaintiff filed this motion to remand [D.E. 3];

---

[1] A decision to remand is dispositive. *See In re U.S. Healthcare,* 159 F.3d 142, 146 (3d Cir. 1998). Accordingly, the Court makes this Report and Recommendation to the Honorable Madeline Cox Arleo, United States District Judge.

and it further appearing that Plaintiff sought leave to file a First Amended Complaint [D.E. 4] to remove the federal claims from this action, specifically his claims that Defendants violated the Americans with Disabilities Act;

and the Court having granted Plaintiff's motion for leave to amend, [D.E. 7];

and plaintiff having filed his First Amended Complaint, [D.E. 8];

and it appearing that the First Amended Complaint contains no claims seeking relief under federal law, and seeks relief solely under the New Jersey Law Against Discrimination, the New Jersey Workers' Compensation Act, and state common law;

and it further appearing that diversity jurisdiction does not exist in this matter, insofar as Plaintiff and at least one defendant are citizens of the State of New Jersey (*see* Amended Complaint, D.E. 8, ¶¶1-4);

and Defendants having represented that they do not opposed Plaintiff's motion to remand based on the First Amended Complaint (*see* Letter from Defense Counsel to the Court, D.E. 6);

and for good cause shown:

**IT IS ON THIS 23rd day of February 2018,**

**RECOMMENDED** that the District Court grant Plaintiff's motion to remand [D.E. 3], and remand this matter to the Superior Court of New Jersey Law Division, Union County.

The parties have fourteen days to file and serve objections to this Report and Recommendation pursuant to 28 U.S.C. § 636 and L. Civ. R. 71.1(c)(2).

*s/ Michael A. Hammer*
**United States Magistrate Judge**