UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDDY GONZALEZ, *Plaintiff*, v. PROSPECT TRANSPORTATION INC., *Defendant.* | Civil Action No. 18-790<br><br>ORDER |

**THIS MATTER** having come before the Court by way of the Honorable Michael A. Hammer's Report and Recommendation dated February 23, 2018, in which Judge Hammer recommended that this matter be remanded for lack of subject matter jurisdiction upon Plaintiff's filing of the Amended Complaint, ECF No. 8;

and it appearing that neither Defendant nor Plaintiff in this matter have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 31st day of May, 2018;

**ORDERED** that Judge Hammer's Report and Recommendation dated February 23, 2018, is **ADOPTED**; and it is further

**ORDERED** that this case is remanded to state court for lack of federal subject matter jurisdiction.

/s Madeline Cox Arleo
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

1